# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

JOSH LAMAR HAYNES                                                                                         PLAINTIFF

v.                                          No. 1:12CV00062 JLH-JTK

KEITH POE, Jailer,
JACKSON COUNTY DETENTION CENTER                                                     DEFENDANT

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that the Jackson County Detention Center is DISMISSED from this action for failure to state a claim upon which relief may be granted.

IT IS SO ORDERED this 24th day of August, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE